# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS - 6

## CIVIL MINUTES -- GENERAL

Case No.  **CV 18-8847-JFW(SKx)**                                    Date: January 3, 2019

Title:   Samuel Zarian -v- Orpheus, LLC, et al.

**PRESENT:**
   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

|  |  |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

    As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of December 4, 2018, this action is hereby **DISMISSED without prejudice**. The Scheduling Conference, currently on calendar for January 14, 2019, is **VACATED**. *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

    IT IS SO ORDERED.